United States District Court
Southern District of Texas

**ENTERED**
June 24, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERRY MONROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-01991 |
| | § | |
| HOUSTON INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Non-party Troy Finner's Unopposed Motion to Quash Subpoena and for a Protective Order. Having considered the Motion and the papers on file with the Court, the Court finds that the Unopposed Motion to Quash Subpoena and for a Protective Order has merit and should be GRANTED. The Court finds that Troy Finner was not properly served with the subpoena to testify at the hearing to take place on June 24, 2019 as required by Federal Rule of Civil Procedure 45(b)(1). The Court further finds that the subpoena to testify on June 24, 2019 would subject Finner to undue burden. It is, therefore,

ORDERED that Non-Party Troy Finner's Unopposed Motion to Quash Subpoena and for a Protective Order is hereby

GRANTED. It is further

ORDERED that the subpoena issued for Troy Finner to testify on June 24, 2019 is hereby

QUASHED.  It is further

ORDERED that Troy Finner is protected from being required to testify in this case during the week of June 24, 2019 through June 30, 2019.

SIGNED ON _____June 24_____, 2019.

_____
UNITED STATES DISTRICT JUDGE