# EXHIBIT A

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:19-cv-01991

Monroe v. Houston Independent School District
Assigned to: Judge Ewing Werlein, Jr
Cause: 42:1983 Civil Rights Act

Date Filed: 06/03/2019
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Gerry Monroe**     represented by     **Scott David Newar**
Attorney at Law
440 Louisiana
Suite 900
Houston, TX 77002
713-226-7950
Fax: 713-226-7181
Email: newar@newarlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Houston Independent School District**     represented by     **Eric J R Nichols**
Butler Snow LLP
1400 Lavaca Street
Ste 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: eric.nichols@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karson Karl Thompson**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: karson.thompson@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Troy Finner**     represented by     **Suzanne R Chauvin**
City of Houston
900 Bagby, 3rd Floor
P.O. Box 368

Houston, TX 77001-0368
832-393-6219
Fax: 832-393-6259
Email: Suzanne.Chauvin@houstontx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2019 | 1 | COMPLAINT against Houston Independent School District (Filing fee $ 400 receipt number 0541-22541598) filed by Gerry Monroe. (Attachments: # 1 Exhibit A)(Newar, Scott) (Entered: 06/03/2019) |
| 06/04/2019 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/20/2019 at 03:45 PM in Room 11521 before Judge Ewing Werlein, Jr(Signed by Judge Ewing Werlein, Jr) Parties notified.(ckrus, 4) (Entered: 06/04/2019) |
| 06/04/2019 | 3 | First AMENDED COMPLAINT with Jury Demand against Houston Independent School District filed by Gerry Monroe. Related document: 1 Complaint filed by Gerry Monroe. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Newar, Scott) (Entered: 06/04/2019) |
| 06/10/2019 | 4 | MOTION for Preliminary Injunction by Gerry Monroe, filed. Motion Docket Date 7/1/2019. (Attachments: # 1 Proposed Order Order)(Newar, Scott) (Entered: 06/10/2019) |
| 06/10/2019 | 5 | MOTION to Expedite Discovery Regarding Plaintiffs Motion for Preliminary Injunction by Gerry Monroe, filed. Motion Docket Date 7/1/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order Order)(Newar, Scott) (Entered: 06/10/2019) |
| 06/10/2019 | 6 | MOTION to Expedite Hearing On Plaintiffs Motion For Preliminary Injunction by Gerry Monroe, filed. Motion Docket Date 7/1/2019. (Attachments: # 1 Proposed Order Order)(Newar, Scott) (Entered: 06/10/2019) |
| 06/12/2019 | 7 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr. TELEPHONE CONFERENCE held on 6/12/2019 to discuss scheduling. By agreement of the parties, Defendant shall provide an initial response to Plaintiff's requests for discovery attached to Plaintiff's motion for expedited discovery (Document No. 5) no later than Monday, June 17, 2019. The parties will discuss any additional discovery needed and try to agree on such. An EVIDENTIARY HEARING on Plaintiff's motion for preliminary injunction (Document No. 4) is SET for Monday, June 24, 2019 at 2:00 p.m. Each side will be allotted a total of one hour for examination of witness(es) and presentation of verified evidence. Plaintiff's brief with controlling authorities in support of his motion for preliminary injunction shall be filed no later than Tuesday, June 18, 2019 at 12:00 p.m. Defendant's response brief with controlling authorities shall be filed no later than Friday, June 21, 2019 at 12:00 p.m. The parties shall attempt to reach an interim agreement that will obviate the need for the hearing set on June 24. Appearances: Scott David Newar for Pltf, Eric Nichols for Dft. Law Clerk: N. Bronnimann, filed. (marflores, 4) (Entered: 06/12/2019) |
| 06/18/2019 | 8 | Unopposed MOTION For Leave To Exceed Briefing Page Limit Regarding by Gerry Monroe, filed. (Attachments: # 1 Proposed Order Order)(Newar, Scott) (Entered: 06/18/2019) |
| 06/18/2019 | 9 | BRIEF Support *Motion For Preliminary Injunction* by Gerry Monroe, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # |

| | | |
|---|---|---|
| | | 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Newar, Scott) (Entered: 06/18/2019) |
| 06/18/2019 | 10 | ORDER denying 8 Plaintiff's Unopposed Motion to Exceed Briefing Page Limit Regarding Plaintiff's Memorandum in Support of Motion for Preliminary Injunction. A brief not to exceed page limit of 25 pages may be filed by NOON, June 19, 2019. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 06/18/2019) |
| 06/19/2019 | 11 | Amended BRIEF *Motion For Preliminary Injunction* by Gerry Monroe, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Newar, Scott) (Entered: 06/19/2019) |
| 06/19/2019 | 12 | CERTIFICATE OF INTERESTED PARTIES by Gerry Monroe, filed.(Newar, Scott) (Entered: 06/19/2019) |
| 06/21/2019 | 13 | RESPONSE in Opposition to 4 MOTION for Preliminary Injunction, filed by Houston Independent School District. (Attachments: # 1 Ex. A, # 2 Ex. B, # 3 Ex. C, # 4 Ex. D) (Nichols, Eric) (Entered: 06/21/2019) |
| 06/21/2019 | 14 | Correspondence *to Judge Werlein* by Gerry Monroe, filed.(Newar, Scott) (Entered: 06/21/2019) |
| 06/21/2019 | 15 | Unopposed MOTION to Quash Subpoena and for a Protective Order by Troy Finner, filed. (Attachments: # 1 Exhibit 1 - Finner Affidavit, # 2 Proposed Order)(Chauvin, Suzanne) (Entered: 06/21/2019) |
| 06/22/2019 | 16 | REPLY to 13 Response in Opposition to Motion , filed by Gerry Monroe. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Newar, Scott) (Entered: 06/22/2019) |
| 06/24/2019 | 17 | ORDER Granting 15 Non-party Troy Finner's Unopposed Motion to Quash Subpoena and for a Protective Order. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 06/24/2019) |
| 06/24/2019 | 18 | Exhibit List by Houston Independent School District(Nichols, Eric) (Entered: 06/24/2019) |
| 06/24/2019 | 19 | Witness List by Houston Independent School District(Nichols, Eric) (Entered: 06/24/2019) |
| 06/24/2019 | 20 | Exhibit List by Gerry Monroe(Newar, Scott) (Entered: 06/24/2019) |
| 06/24/2019 | 21 | Witness List by Gerry Monroe(Newar, Scott) (Entered: 06/24/2019) |
| 06/24/2019 | 22 | ORDER RESETTING HEARING. Evidentiary Hearing is RESET to 7/11/2019 at 02:00 PM in Courtroom 11D before Judge Ewing Werlein, Jr. Counsel for the parties shall file their joint supplemental submission by 07/09/2019. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 06/24/2019) |
| 06/26/2019 | 23 | ANSWER to 3 Amended Complaint/Counterclaim/Crossclaim etc., by Houston Independent School District, filed.(Nichols, Eric) (Entered: 06/26/2019) |
| 07/01/2019 | 24 | MOTION to Compel Compliance With June 12, 2019 Order by Gerry Monroe, filed. Motion Docket Date 7/22/2019. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Newar, Scott) (Entered: 07/01/2019) |
| 07/01/2019 | 25 | MOTION to Expedite Hearing on Plaintiff's Emergency Motion To Compel by Gerry Monroe, filed. Motion Docket Date 7/22/2019. (Attachments: # 1 Proposed Order) (Newar, Scott) (Entered: 07/01/2019) |
| 07/01/2019 | 26 | NOTICE of Referral of Motion to Magistrate Judge Frances H. Stacy re 25 MOTION to Expedite Hearing on Plaintiff's Emergency Motion To Compel, 24 MOTION to Compel |

| | | |
|---|---|---|
| | | Compliance With June 12, 2019 Order, filed. (olindor, 4) (Entered: 07/01/2019) |
| 07/02/2019 | | Minute Entry NO RECORD MADE / PHONE CONFERENCE for proceedings held before Magistrate Judge Frances H Stacy. MISCELLANEOUS HEARING held on 7/2/2019 25 MOTION to Expedite Hearing on Plaintiff's Emergency Motion To Compel; 24 MOTION to Compel Compliance With June 12, 2019 Order. Defendant to supplement their answer to interrogatory #2( as directed at this phone conference ) by 7/9/2019. Appearances: Eric J R Nichols, Scott David Newar.(Digital # 11:15-11:39), filed.(bwhite, 4) Modified on 7/2/2019 (bwhite, 4). (Entered: 07/02/2019) |
| 07/08/2019 | 27 | Amended Exhibit List by Gerry Monroe(Newar, Scott) (Entered: 07/08/2019) |
| 07/09/2019 | 28 | STATUS REPORT by Houston Independent School District, filed.(Nichols, Eric) (Entered: 07/09/2019) |
| 07/10/2019 | 29 | Amended Witness List by Gerry Monroe(Newar, Scott) (Entered: 07/10/2019) |
| 07/10/2019 | 30 | Amended Exhibit List by Houston Independent School District(Nichols, Eric) (Entered: 07/10/2019) |
| 07/10/2019 | 31 | Amended Witness List by Houston Independent School District(Nichols, Eric) (Entered: 07/10/2019) |
| 07/10/2019 | 32 | Amended Exhibit List by Gerry Monroe(Newar, Scott) (Entered: 07/10/2019) |
| 07/11/2019 | 33 | Amended Witness List by Houston Independent School District(Nichols, Eric) (Entered: 07/11/2019) |
| 07/11/2019 | 34 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr. EVIDENTIARY HEARING held on 7/11/2019 on 4 Plaintiff's Motion for Preliminary Injunction. Evidence and testimony presented and heard. Witnesses: Sara Speer Selber, Larry McKinzie, Gerry Monroe, Tonnis Hilliard, Irma Sandate and Paul Cordova. Closing arguments heard. Due to the material oral change, no later than Monday, July 15, 2019, Defendant Houston Independent School District is to amend the July 10, 2019 letter directed to Mr. Monroe to exclude the language in the first paragraph and otherwise clarify the new letter fully supersedes and replaces the letters of April 11, 2019, June 12, 2019, and July 10, 2019. Case is take under advisement. Appearances: Scott David Newar for Pltf; Eric Nichols, Karson Thompson and Natasha Woods for Dft. Law Clerk: N. Bronnimann (Court Reporter: K. Metzger), filed. (marflores, 4) (Entered: 07/12/2019) |
| 07/12/2019 | 35 | AO 435 TRANSCRIPT REQUEST by Scott Newar for Transcript of Preliminary Injunction Hearing, 7/11/19, Judge Werlein. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Kathy Metzger, filed. (Newar, Scott) (Entered: 07/12/2019) |
| 07/15/2019 | 36 | NOTICE *of Filing* by Houston Independent School District, filed. (Attachments: # 1 Unredacted attachment Letter to Gerry Monroe)(Nichols, Eric) (Entered: 07/15/2019) |
| 07/15/2019 | 37 | TRANSCRIPT re: Excerpt of Evidentiary Hearing - Testimony of Paul Cordova held on 7/11/2019 before Judge Ewing Werlein, Jr. Court Reporter/Transcriber K. Metzger. Ordering Party Scott D. Newar Release of Transcript Restriction set for 10/15/2019, filed. (kmetzger) (Entered: 07/15/2019) |
| 07/15/2019 | 38 | POST-TRIAL BRIEF *regarding Plaintiff's Motion For Preliminary Injunction* by Gerry Monroe(Newar, Scott) (Entered: 07/15/2019) |
| 07/16/2019 | 39 | Notice of Filing of Official Transcript as to 37 Transcript,. Party notified, filed. (hcarr, 4) (Entered: 07/16/2019) |
| 07/18/2019 | 40 | POST-TRIAL BRIEF *Addendum* by Gerry Monroe(Newar, Scott) (Entered: 07/18/2019) |

| | | |
|---|---|---|
| 07/19/2019 | 41 | MEMORANDUM AND ORDER DENYING PRELIMINARY INJUNCTION. 4 Plaintiff's MOTION for Preliminary Injunction is DENIED; 5 Plaintiff's MOTION to Expedite Discovery Regarding Plaintiff's Motion for Preliminary Injunction and 6 Plaintiff's MOTION to Expedite Hearing On Plaintiff's Motion For Preliminary Injunction are dismissed as MOOT. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 07/19/2019) |
| 07/20/2019 | 42 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 41 Memorandum and Order, by Gerry Monroe (Filing fee $ 505, receipt number 0541-22823001), filed. (Newar, Scott) (Entered: 07/20/2019) |
| 07/22/2019 | 43 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 42 Notice of Appeal. Fee status: Paid. Reporter(s): K. Metzger, filed. (Attachments: # 1 Notice of Appeal) (jtabares, 1) (Entered: 07/22/2019) |
| 07/22/2019 | | Appeal Review Notes re: 42 Notice of Appeal. Fee status: Paid. The appeal filing fee has been paid.Hearings were held in the case - one transcript was produced. Number of DKT-13 Forms expected: 1, filed.(jtabares, 1) (Entered: 07/22/2019) |
| 07/26/2019 | | Notice of Assignment of USCA No. 19-20514 re: 42 Notice of Appeal, filed.(jtabares, 1) (Entered: 07/26/2019) |
| 07/26/2019 | 44 | DKT13 TRANSCRIPT ORDER REQUEST by Appellant. This is to order a transcript of Motion Hearing on 7/11/19 before Judge Werlein. Court Reporter/Transcriber: Kathy Metzger. This order form relates to the following: 42 Notice of Appeal, filed.(Newar, Scott) (Entered: 07/26/2019) |
| 08/05/2019 | 45 | Order of USCA re: 42 Notice of Appeal ; USCA No. 19-20514. IT IS ORDERED that appellant's motion to expedite the appeal is GRANTED, filed.(jtabares, 1) (Entered: 08/05/2019) |
| 08/12/2019 | 46 | APPEAL TRANSCRIPT re Evidentiary Hearing held on 7/11/2019 before Judge Ewing Werlein, Jr. Court Reporter/Transcriber K. Metzger. Ordering Party: Scott D. Newar. This transcript relates to the following: 44 Appeal Transcript Request. Release of Transcript Restriction set for 11/12/2019, filed. (kmetzger) (Entered: 08/12/2019) |
| 08/13/2019 | 47 | MOTION to Enforce, MOTION for Sanctions( Motion Docket Date 9/3/2019.) by Gerry Monroe, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order Order)(Newar, Scott) (Entered: 08/13/2019) |
| 08/13/2019 | 48 | MOTION to Expedite Hearing on Plaintiff's Motion To Enforce And For Sanctions by Gerry Monroe, filed. Motion Docket Date 9/3/2019. (Attachments: # 1 Proposed Order) (Newar, Scott) (Entered: 08/13/2019) |
| 08/13/2019 | 49 | Notice of Filing of Official Transcript as to 46 Transcript - Appeal,. Party notified, filed. (dhansen, 4) (Entered: 08/13/2019) |
| 08/14/2019 | 50 | ORDER FOR EXPEDITED RESPONSE. Defendant Houston Independent School District shall file an expedited response to Plaintiff's Motion to Enforce and for Sanctions no later than 12:00 noon, on Friday August 16, 2019. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 08/14/2019) |
| 08/15/2019 | 51 | COURT'S EXHIBIT LISTS. (marflores, 4) (Entered: 08/15/2019) |
| 08/15/2019 | 52 | DEFENDANT'S EXHIBITS Evidentiary Hearing held on 07/11/2019 by Houston Independent School District. Attached documents may be viewed in the Office of the Clerk. Exhibits 2, 3, 3A-3F are video excerpts provided to the Court on USB drives. (marflores, 4) (Entered: 08/15/2019) |

| Date | Doc # | Description |
|---|---|---|
| 08/15/2019 | 53 | PLAINTIFF'S EXHIBITS Evidentiary Hearing held on 07/11/2019 by Gerry Monroe. Attached documents may be viewed in the Office of the Clerk. Exhibits 14, 15, 16 are video excerpts provided to the Court on USB drives. (marflores, 4) (Entered: 08/15/2019) |
| 08/16/2019 | 54 | RESPONSE to 47 MOTION to Enforce MOTION for Sanctions filed by Houston Independent School District. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 08/16/2019) |
| 08/19/2019 | 55 | REPLY to Response to 47 MOTION to Enforce MOTION for Sanctions, 48 MOTION to Expedite Hearing on Plaintiff's Motion To Enforce And For Sanctions, filed by Gerry Monroe. (Attachments: # 1 Exhibit A)(Newar, Scott) (Entered: 08/19/2019) |
| 08/20/2019 | | Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 42 Notice of Appeal USCA No. 19-20514, filed.(scastillo, 1) (Entered: 08/20/2019) |
| 08/20/2019 | | Electronic Access to Record on Appeal Provided re: 42 Notice of Appeal to Scott Newar. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 19-20514), filed.(scastillo, 1) (Entered: 08/20/2019) |
| 08/20/2019 | 56 | ORDER DISMISSING as MOOT 47 Emergency MOTION to Enforce and for Sanctions; and 48 MOTION to Expedite Hearing. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 08/20/2019) |
| 08/21/2019 | | Electronic Access to Record on Appeal Provided re: 42 Notice of Appeal to Eric Nichols. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 19-201514), filed.(scastillo, 1) (Entered: 08/21/2019) |
| 09/17/2019 | 57 | Unopposed MOTION for Continuance of Initial FRCP 16 Conference by Gerry Monroe, filed. Motion Docket Date 10/8/2019. (Attachments: # 1 Proposed Order)(Newar, Scott) (Entered: 09/17/2019) |
| 09/18/2019 | 58 | ORDER Granting 57 Motion for Continuance. Initial Conference is RESET to 1/10/2020 at 03:45 PM in Room 11521 before Judge Ewing Werlein, Jr. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 09/18/2019) |
| 10/28/2019 | 59 | Fifth Circuit Court of Appeals LETTER advising Tracking # for USB drives per request from COA (USCA No. 19-201514), filed.(hlerma, 4) (Entered: 10/28/2019) |
| 10/28/2019 | 60 | NOTICE of Resetting. Parties notified. Initial Conference reset for 2/14/2020 at 04:30 PM in Room 11521 before Judge Ewing Werlein, Jr, filed. (marflores, 4) (Entered: 10/28/2019) |
| 11/26/2019 | 61 | Order of USCA Judgment re: 42 Notice of Appeal ; USCA No. 19-20514. It is Ordered and adjudged that the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court, filed.(dbenavides, 1) (Entered: 11/26/2019) |
| 11/26/2019 | 62 | Order of USCA Per Curiam re: 42 Notice of Appeal ; USCA No. 19-20514, filed. (dbenavides, 1) (Entered: 11/26/2019) |
| 11/26/2019 | 63 | Unopposed MOTION for Leave to File Plaintiffs Second Amended Complaint by Gerry Monroe, filed. Motion Docket Date 12/17/2019. (Attachments: # 1 Exhibit A, # 2 Proposed Order Order)(Newar, Scott) (Entered: 11/26/2019) |
| 11/26/2019 | 64 | First AMENDED 4 MOTION( Motion Docket Date 12/17/2019.), MOTION for Preliminary Injunction by Gerry Monroe, filed. (Attachments: # 1 Proposed Order Order)(Newar, Scott) (Entered: 11/26/2019) |
| 11/26/2019 | 65 | MOTION for Expedited Hearing On Plaintiffs First Amended Motion For Preliminary Injunction Hearing re: 64 First AMENDED 4 MOTION MOTION for Preliminary |

| | | |
|---|---|---|
| | | Injunction by Gerry Monroe, filed. Motion Docket Date 12/17/2019. (Attachments: # 1 Proposed Order Order)(Newar, Scott) (Entered: 11/26/2019) |
| 11/27/2019 | 66 | ORDER Granting 63 Plaintiff's Unopposed MOTION for Leave to File Second Amended Complaint and Plaintiff's Second Amended Complaint at Document No. [63-1] is deemed filed. ORDERED that Plaintiff, if he wishes to pursue injunctive relief, no later than noon on Monday, 12/02/2019, shall file a Second Amended Motion for Preliminary Injunction. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 11/27/2019) |
| 11/29/2019 | 70 | Fifth Circuit Court of Appeals LETTER advising original exhibits returned. Placed in Clerk's Office file room (USCA No. 19-20514), filed.(JenniferLongoria, 1) (Entered: 12/05/2019) |
| 12/02/2019 | 67 | Second AMENDED MOTION, MOTION for Preliminary Injunction( Motion Docket Date 12/23/2019.) by Gerry Monroe, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Newar, Scott) (Entered: 12/02/2019) |
| 12/02/2019 | 68 | ORDER granting 65 MOTION for Expedited Hearing On Plaintiffs First Amended Motion For Preliminary Injunction Hearing. Defendant no later than noon on 12/6/2019 shall file an expedited response., Plaintiff no later than noon on Monday may file reply by 12/9/2019. Plaintiff's Second Amended Motion for Preliminary Injunction is SET for expedited evidentiary hearing as follows: 12/10/2019 at 10:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr. Plaintiff's First Amended Motion for Preliminary Injunction (Document No. 64 ) is DISMISSED as moot.(Signed by Judge Ewing Werlein, Jr) Parties notified.(olindor, 4) (Entered: 12/02/2019) |
| 12/05/2019 | 69 | SUPPLEMENTAL ORDER REGARDING INJUNCTION HEARING. (Signed by Judge Ewing Werlein, Jr) Parties notified.(marflores, 4) (Entered: 12/05/2019) |
| 12/06/2019 | 71 | RESPONSE to 67 Second AMENDED MOTION MOTION for Preliminary Injunction filed by Houston Independent School District. (Attachments: # 1 Proposed Order) (Nichols, Eric) (Entered: 12/06/2019) |
| 12/09/2019 | 72 | REPLY *To HISD's Response To Second Amended Motion For Preliminary Injunction*, filed by Gerry Monroe. (Newar, Scott) (Entered: 12/09/2019) |
| 12/09/2019 | 73 | ORDER. ORDERED that Plaintiff no later than 4:00 p.m. this afternoon, December 9, 2019, shall file the separate proposed order sought by Plaintiff. (Signed by Judge Ewing Werlein, Jr) Parties notified.(olindor, 4) (Entered: 12/09/2019) |
| 12/09/2019 | 74 | Plaintiff's Issues For Adjudication On Second Amended Motion For Preliminary Injunction by Gerry Monroe, filed.(Newar, Scott) (Entered: 12/09/2019) |
| 12/09/2019 | 75 | STATEMENT *of The Issues For The December 10, 2019 Second Preliminary Injunction Hearing* re: 69 Order by Houston Independent School District, filed.(Nichols, Eric) (Entered: 12/09/2019) |
| 12/09/2019 | 76 | Exhibit List by Gerry Monroe(Newar, Scott) (Entered: 12/09/2019) |
| 12/09/2019 | 77 | PROPOSED ORDER re: 67 Second AMENDED MOTION MOTION for Preliminary Injunction, filed.(Newar, Scott) (Entered: 12/09/2019) |
| 12/09/2019 | 78 | Witness List by Gerry Monroe(Newar, Scott) (Entered: 12/09/2019) |
| 12/09/2019 | 79 | Witness List by Houston Independent School District(Nichols, Eric) (Entered: 12/09/2019) |
| 12/09/2019 | 80 | Exhibit List by Houston Independent School District(Nichols, Eric) (Entered: 12/09/2019) |

| | | |
|---|---|---|
| 12/10/2019 | 81 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr. MOTION HEARING held on 12/10/2019 on 67 Plaintiff's Second Amended Motion for Preliminary Injunction. Evidence Presented. Plaintiff's Exhibit Nos. 1-10 admitted without objection. Defendant submits exhibits from 07/11/2019 Evidentiary hearing, and additionally submits exhibit no. 28 admitted without objection. Testimony heard. Witness(es): Gerry Monroe, and Tonnis Hilliard. Closing Arguments heard. Motion is under submission for ruling. Appearances: Scott David Newar and Dennis Herlong for Pltf; Eric J R Nichols and Karson Thompson for Dft. Law Clerk: K. O'Herin. (Court Reporter: K. Metzger), filed. (marflores, 4) (Entered: 12/10/2019) |
| 12/11/2019 | 82 | MEMORANDUM AND ORDER GRANTING IN PART AND DENYING IN PART 67 Plaintiff's Second AMENDED MOTION for Preliminary Injunction. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 12/11/2019) |
| 12/18/2019 | | Deposit made into the Registry of the Court by Scott Newar in the amount of $100.00, receipt number 092983 re: 82 Memorandum and Order, filed. (JenniferOlson, 4) (Entered: 12/18/2019) |
| 02/06/2020 | 83 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Gerry Monroe, filed.(Newar, Scott) (Entered: 02/06/2020) |
| 02/13/2020 | 84 | TIME CHANGE ONLY. NOTICE of Resetting. Parties notified. Initial Conference is RESET to 2/14/2020 at 04:15 PM in Room 11521 before Judge Ewing Werlein, Jr, filed. (marflores, 4) (Entered: 02/13/2020) |
| 02/14/2020 | 85 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr. RULE 16 SCHEDULING CONFERENCE held on 2/14/2020. Docket Control Order entered. Appearances: Scott David Newar and Dennis Herlong for Pltf; Eric J R Nichols for Dft, filed. (marflores, 4) (Entered: 02/18/2020) |
| 02/14/2020 | 86 | DOCKET CONTROL ORDER. Pltf Expert Witness List due by 3/13/2020. Deft Expert Witness List due by 4/3/2020. Discovery due by 5/29/2020. Dispositive Motion Filing due by 6/30/2020. Non-Dispositive Motion Filing due by 6/30/2020. Joint Pretrial Order due by 9/1/2020. Docket Call set for 10/2/2020 at 04:00 PM in Courtroom 11D before Judge Ewing Werlein, Jr. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 02/18/2020) |
| 03/23/2020 | 87 | AO 435 TRANSCRIPT REQUEST by Scott Newar for Transcript of Preliminary Injunction Hearing on 12/10/19 before Judge Werlein. Ordinary (30 days) turnaround requested. Court Reporter/Transcriber: Kathy Metzger, filed. (Newar, Scott) (Entered: 03/23/2020) |
| 04/11/2020 | 88 | TRANSCRIPT re: Preliminary Injunction Hearing held on 12/10/2019 before Judge Ewing Werlein, Jr. Court Reporter/Transcriber K. Metzger. Ordering Party Scott Newar Release of Transcript Restriction set for 7/10/2020., filed. (kmetzger) (Entered: 04/11/2020) |
| 04/13/2020 | 89 | Notice of Filing of Official Transcript as to 88 Transcript. Party notified, filed. (jdav, 4) (Entered: 04/13/2020) |
| 04/14/2020 | 90 | MOTION for Leave to File Excess Pages by Gerry Monroe, filed. Motion Docket Date 5/5/2020. (Attachments: # 1 Exhibit A, # 2 Proposed Order Order)(Newar, Scott) (Entered: 04/14/2020) |
| 04/15/2020 | 91 | RESPONSE to 90 MOTION for Leave to File Excess Pages filed by Houston Independent School District. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Nichols, Eric) (Entered: 04/15/2020) |

| | | |
|---|---|---|
| 04/20/2020 | 92 | MOTION for Partial Summary Judgment by Gerry Monroe, filed. Motion Docket Date 5/11/2020. (Attachments: # 1 Proposed Order Order)(Newar, Scott) (Entered: 04/20/2020) |
| 04/20/2020 | 93 | REPLY to Response to 90 MOTION for Leave to File Excess Pages, filed by Gerry Monroe. (Newar, Scott) (Entered: 04/20/2020) |
| 04/30/2020 | 94 | AO 435 TRANSCRIPT REQUEST by Houston Independent School District/Karson Thompson for Transcript of Preliminary Injunction Hearing on 12/10/19 before Judge Werlein. Ordinary (30 days) turnaround requested. Court Reporter/Transcriber: Kathy Metzger, filed. (Thompson, Karson) (Entered: 04/30/2020) |
| 05/11/2020 | 95 | RESPONSE to 92 MOTION for Partial Summary Judgment filed by Houston Independent School District. (Attachments: # 1 Exhibit A)(Thompson, Karson) (Entered: 05/11/2020) |
| 05/15/2020 | 96 | REPLY to 92 MOTION for Partial Summary Judgment , filed by Gerry Monroe. (Attachments: # 1 Exhibit A)(Newar, Scott) (Entered: 05/15/2020) |
| 06/30/2020 | 97 | MOTION for Summary Judgment by Houston Independent School District, filed. Motion Docket Date 7/21/2020. (Nichols, Eric) (Entered: 06/30/2020) |
| 07/06/2020 | 98 | RESPONSE to 97 MOTION for Summary Judgment filed by Gerry Monroe. (Newar, Scott) (Entered: 07/06/2020) |
| 09/01/2020 | 99 | Joint MOTION for Extension of Time Joint Pre-Trial Order and Docket Call by Gerry Monroe, filed. Motion Docket Date 9/22/2020. (Attachments: # 1 Proposed Order) (Newar, Scott) (Entered: 09/01/2020) |
| 09/03/2020 | 100 | AMENDED DOCKET CONTROL ORDER Granting 99 Joint MOTION for Extension of Time Joint Pre-Trial Order and Docket Call. Joint Pretrial Order due by 4/16/2021. Docket Call set for 5/7/2021 at 04:00 PM in Courtroom 11D before Judge Ewing Werlein, Jr. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 09/03/2020) |
| 02/10/2021 | 101 | NOTICE of Setting. Parties notified. Status Conference set for 2/12/2021 at 03:00 PM in by telephone before Judge Ewing Werlein, Jr, filed. (marflores, 4) (Entered: 02/10/2021) |
| 02/12/2021 | 102 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr. STATUS CONFERENCE BY TELEPHONE held on 2/12/2021. By agreement of the parties, Plaintiff's counsel no later thanT hursday, February 18, 2021, will send to Defendant's counsel a proposed settlement agreement, and the parties will notify the Court by Wednesday, February 24, 2021 of the status of their negotiations. Appearances: Karson Karl Thompson and Eric J R Nichols for Dft, Scott David Newar. and Dennis Herlong for Pltf. Law Clerk: K. O'Herin (Court Reporter: K. Metzger), filed. (marflores, 4) (Entered: 02/12/2021) |
| 02/24/2021 | 103 | NOTICE *of Case Status* by Gerry Monroe, filed. (Newar, Scott) (Entered: 02/24/2021) |
| 03/08/2021 | 104 | SUPPLEMENT to 92 MOTION for Partial Summary Judgment by Gerry Monroe, filed. (Newar, Scott) (Entered: 03/08/2021) |
| 03/10/2021 | 105 | RESPONSE to 104 Supplement , filed by Houston Independent School District. (Nichols, Eric) (Entered: 03/10/2021) |
| 03/11/2021 | 106 | MEMORANDUM AND ORDER DENYING 92 Plaintiff's MOTION for Partial Summary Judgment and 97 Defendant Houston Independent School District's MOTION for Summary Judgment. 90 Plaintiff's MOTION for Leave to File Excess Pages is |

| | | |
|---|---|---|
| | | DISMISSED as moot. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 03/11/2021) |
| 03/15/2021 | 107 | MOTION for Reconsideration of 106 Memorandum and Order, by Gerry Monroe, filed. Motion Docket Date 4/5/2021. (Attachments: # 1 Proposed Order)(Newar, Scott) (Entered: 03/15/2021) |
| 04/01/2021 | 108 | RESPONSE to 107 MOTION for Reconsideration of 106 Memorandum and Order, filed by Houston Independent School District. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 04/01/2021) |
| 04/05/2021 | 109 | REPLY in Support of 107 MOTION for Reconsideration of 106 Memorandum and Order,, filed by Gerry Monroe. (Newar, Scott) (Entered: 04/05/2021) |
| 04/16/2021 | 110 | Unopposed MOTION for Extension of Time Joint Pre-Trial Order by Gerry Monroe, filed. Motion Docket Date 5/7/2021. (Attachments: # 1 Proposed Order)(Newar, Scott) (Entered: 04/16/2021) |
| 04/19/2021 | 111 | ORDER Denying 107 Plaintiff's Motion for Reconsideration of Memorandum and Order Denying Plaintiff's Motion for Partial Summary Judgment. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 04/19/2021) |
| 04/19/2021 | 112 | ORDER Granting 110 Plaintiff's Unopposed Motion for Extension of Time. Joint Pretrial Order due by 6/25/2021. Docket Call is RESET to 7/16/2021 at 04:00 PM in Courtroom 11D before Judge Ewing Werlein, Jr. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 04/20/2021) |
| 04/28/2021 | 113 | MOTION for Interlocutory Appeal as to 106 Memorandum and Order, by Gerry Monroe, filed. Motion Docket Date 5/19/2021. (Attachments: # 1 Proposed Order)(Newar, Scott) (Entered: 04/28/2021) |
| 05/11/2021 | 114 | RESPONSE to 113 MOTION for Interlocutory Appeal as to 106 Memorandum and Order, filed by Houston Independent School District. (Nichols, Eric) (Entered: 05/11/2021) |
| 05/12/2021 | 115 | REPLY to Response to 113 MOTION for Interlocutory Appeal as to 106 Memorandum and Order,, filed by Gerry Monroe. (Newar, Scott) (Entered: 05/12/2021) |
| 06/18/2021 | 116 | NOTICE *Withdrawal of Jury Demand* by Gerry Monroe, filed. (Newar, Scott) (Entered: 06/18/2021) |
| 06/21/2021 | 117 | ORDER Denying 113 Plaintiff's Motion to Certify for Interlocutory Appeal Memorandum and Order Denying Summary Judgment. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 06/21/2021) |
| 06/22/2021 | 118 | NOTICE *Withdrawal Of Claim For Monetary Damages* by Gerry Monroe, filed. (Newar, Scott) (Entered: 06/22/2021) |
| 06/25/2021 | 119 | Proposed Findings of Fact/Conclusions of Law by Houston Independent School District(Nichols, Eric) (Entered: 06/25/2021) |
| 06/25/2021 | 120 | Joint Proposed Pretrial Order by Gerry Monroe (Attachments: # 1 Plaintiff's Witness List, # 2 Plaintiff's Exhibit List, # 3 Plaintiff's Trial Memorandum, # 4 Plaintiff's Findings of Fact and Conclusions of Law, # 5 HISD's Witness List, # 6 HISD's Exhibit List)(Newar, Scott) (Entered: 06/25/2021) |
| 07/15/2021 | 121 | Amended Exhibit List by Houston Independent School District(Nichols, Eric) (Entered: 07/15/2021) |
| 07/15/2021 | 122 | Amended Exhibit List by Gerry Monroe(Newar, Scott) (Entered: 07/15/2021) |

| | | |
|---|---|---|
| 07/16/2021 | 123 | MINUTE ENTRY ORDER: Docket Call held. Appearances: For Plaintiff: Scott David Newar, Dennis Herlong; For Defendant: Eric J R Nichols, Cotasha Woods. Parties announce ready for Trial. ETT: 1 day. Case set for Bench Trial on 7/26/2021 at 09:30 AM in COURTROOM 9F before Judge Ewing Werlein, Jr. Counsel are to appear at 9:00 a.m. to review exhibits. The Court allots: 2 trial hours to each side. Dr. Allen to be deposed the week of July 19th. (Signed by Judge Ewing Werlein, Jr) Law Clerk: K. O'Herin; Ct Reporter: L. Smith. Parties notified.(olindor, 4) (Entered: 07/19/2021) |
| 07/22/2021 | 124 | Amended Exhibit List by Gerry Monroe(Newar, Scott) (Entered: 07/22/2021) |
| 07/23/2021 | 125 | Amended Exhibit List by Houston Independent School District(Nichols, Eric) (Entered: 07/23/2021) |
| 07/26/2021 | 126 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr. FIRST DAY OF BENCH TRIAL held on 7/26/2021. Plaintiff and Defendant present evidence. Witnesses: Gerry Monroe, Dr. Patricia Allen, and Eugene Salazar. Closing Arguments heard. Case is under advisement. Appearances: Scott David Newar for Pltf; Karson Karl Thompson and Eric J R Nichols for Dft. Law Clerk: K. O'Herin. (Court Reporter: K. Metzger), filed. (marflores, 4) (Entered: 07/26/2021) |
| 07/27/2021 | 127 | NOTICE *Supplemental Authorities* by Gerry Monroe, filed. (Newar, Scott) (Entered: 07/27/2021) |
| 07/27/2021 | 128 | RESPONSE to 127 Notice (Other) , filed by Houston Independent School District. (Nichols, Eric) (Entered: 07/27/2021) |
| 08/04/2021 | 129 | MEMORANDUM DECISION AND ORDER. ORDERED that the preliminary injunction entered on December 11, 2019 is VACATED and Plaintiff Gerry Monroe's claims against Defendant Houston Independent School District are DISMISSED without prejudice as moot. It is further ORDERED that the parties shall make appropriate disclosures, confer, and attempt to reach agreement on a reasonable attorney's fee to be awarded to Monroe, and within fourteen (14) days after the date of this decision shall submit to the Court an agreed proposed order awarding such fees. If the parties are unable to reach agreement, then Monroe within twenty-one (21) days after the date of this Order may file a motion for attorney's fees, together with appropriate proof to support same. A Final Judgment will be entered after the Court has ruled on the parties' submission(s) regarding attorney's fees. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 08/04/2021) |
| 08/19/2021 | 130 | Unopposed MOTION for Extension of Time File Motion For Attorneys' Fees, Costs, And Expenses by Gerry Monroe, filed. Motion Docket Date 9/9/2021. (Attachments: # 1 Proposed Order)(Newar, Scott) (Entered: 08/19/2021) |
| 08/19/2021 | 131 | ORDER Granting 130 Plaintiff's Unopposed Motion for Extension of Deadline to File Motion for Attorneys' Fees, Costs, and Expenses. The deadline for Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses is extended until September 3, 2021. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 08/19/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/02/2021 12:53:58 | | | |
| **PACER Login:** | scottnewar:2637679:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:19-cv-01991 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |