## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **GERRY MONROE** | § | **NO.  4:19-cv-01991** |
| | § | |
| | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **HOUSTON INDEPENDENT** | § | |
| **SCHOOL DISTRICT** | § | |
| | § | |
| **Defendant** | § | |

## <u>DECLARATION OF SCOTT NEWAR</u>

Pursuant to 28 U.S.C. section 1746, I, Scott Newar, declare under penalty of perjury that the following is true and correct:

1. I have served as the Attorney-In-Charge for the Plaintiff, Gerry Monroe, since this matter's inception.

2. I graduated from Stanford University in 1985.

3. I attended the University of Texas School of Law from 1986 to 1989 and obtained my license to practice law in Texas in November 1989.

4. From August 1989 to August 1990, I served as a law clerk to The Honorable E. Grady Jolly on the United States Court of Appeals for the Fifth Circuit.

5. From early 1991 to December 1995, I worked as a Staff Attorney for East Texas Legal Services ("ETLS")—a non-profit organization that provides free legal services to indigent individuals in civil cases.

6. During my almost five years at ETLS, I represented indigent individuals in cases involving, *inter alia*, housing discrimination, employment discrimination, educational discrimination, and other civil rights violations.

7. I have worked as a solo practitioner from January 1996 until present.

8. I specialize in employment and civil rights issues.

9. I am Board-Certified in Labor/Employment law through the Texas Board of Legal Specialization and have been since 2004.

10. I am admitted to practice in the United States Supreme Court; the Southern District of Texas; the Northern District of Texas; the Western District of Texas; and the Eastern District of Texas.

11. Since my admission to the Southern District of Texas in November 1995, I have litigated approximately fifty cases in that district.

12. My work has resulted in favorable, precedent-setting decisions under the First Amendment, Title VII of the Civil Rights Act of 1964, and other civil rights statutes. Those decisions include: a) *Kawaljeet Tagore v. United States*, 4:09-cv-27 (S.D. Texas) (Lake, J.), reversed and remanded 735 F.3d 524 (5th Cir. 2013) (Lake, J.) (First Amendment religious exercise and Title VII religious discrimination); b) *Yog v. Texas Southern University*, No. 4:08-cv-3034 (S.D. Tex. 2010) (Lake, J.) (Title IX sex discrimination); c) *Kimberly Owen v. Harris County, Texas*, 4:07-cv-3273 (S.D. Texas) (Gilmore, J.), aff'd 617 F.3d 361 (5th Cir. 2010) (Title VII gender discrimination and retaliation); d) *Leslie Ferguson v. Vice-President of Human Resources, Volt Management Corporation*, No. 4:00-cv-02104 (S.D. Texas 2001) (Lake, J.) (ERISA/COBRA); and e) *Paulino Zavala v. City of Houston*, No. 00-20859 (5th Cir. 2000) (Title VII/First Amendment).

13. In 2000-2002, I obtained favorable, precedent-setting decisions from the Fifth Circuit (both panel and en banc) and the Eastern District of Texas in a case arising under the First Amendment's Establishment Clause: *Tom Oxford v. Beaumont Independent School District*, 240 F.3d 362 (5th Cir. 2001) (*en banc*), on remand *Tom Oxford v. Beaumont ISD*, 224 F.Supp.2d 1099 (E.D. Tex. 2002) (Schell. J.).

14. Since approximately 2016, I have customarily charged fee-paying clients $500.00 per hour for my work.

15. Because I have practiced law in the Southern District of Texas for over twenty-five years, I am knowledgeable about the hourly rates charged by attorneys who represent clients in civil rights litigation in that district.

16 Specifically, I know that my customary rate of $500.00/hour is below the Southern District of Texas market rate for civil litigators with my qualifications and experience.

17. In December 2016, the 152nd District Court in Harris County, Texas found that my customary rate of $500.00 per hour was reasonable in an employment discrimination/retaliation case under Tex. Labor Code section 21.001 *et seq. See Cathryn Davis v. Apache Corporation*, No. 23898, aff'd 573 S.W.3d 475 (Tex. App. Houston [14th Dist.], April 23, 2019), rev'd on other grounds, 2021 WL 26038214 (Tex. June 25, 2021).

18. Candice O'Brien has worked as my paralegal since approximately April 2014.

19. Ms. O'Brien obtained her paralegal certificate from the University of Houston in April 2013.

20. During her over seven year tenure with my law firm, Ms. O'Brien has accumulated substantial litigation experience, including serving as the courtroom paralegal during all of my trials.

21. Ms. O'Brien served as my office and courtroom paralegal during the two preliminary injunction hearings and the trial on the merits in this action.

22. I customarily charge rate fee-paying clients $100.00 per hour for Ms. O'Brien's paralegal work.

23. Based on my knowledge and experience practicing law in the Southern District of Texas for over twenty-five years, I know that the rate of $100.00 per hour for a litigation paralegal with Ms. O'Brien's experience is reasonable.

24. My law firm's compensation for representing Mr. Monroe in this action is completely contingent.

25. To date, my law firm has not received any compensation for its work on this case.

26. The only compensation that my law firm will receive for its work on this case is any attorney's fees awarded by this Court.

27. Before representing Mr. Monroe in this action, I had not represented Mr. Monroe in any other legal matter.

28. My law firm maintained contemporaneous, computerized records of all time it expended and all expenses it incurred in representing Mr. Monroe in this matter. A copy of those records—which have been redacted to remove attorney/client communications and attorney work product-privileged information (e.g. legal research results)—is attached as Exhibit 1.

29. In preparing my law firm's time and expense records for submission in connection with Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses, I have exercised billing judgment.

30. In the exercise of billing judgment, I have charged all of my time and Ms. O'Brien's time at tenth of an hour intervals, rather than at quarter hour intervals.

31. In the further exercise of billing judgment, I am not seeking compensation for work that could be considered non-productive. For example, I have not sought compensation for time (approximately 16 hours) that I spent researching, drafting, and filing a Motion To Certify For Interlocutory Appeal Of Memorandum And Order Denying Motion For Summary Judgment (Dkt. 113), HISD's Response (Dkt. 114), and Plaintiff's Reply (Dkt. 115). *See* Exhibit 1, at time entries 4/20/21 through 5/12/21.

32. In the further exercise of billing judgment, I am not seeking reimbursement for certain out-of-pocket expenses incurred in this litigation, including approximately $500.00 in legal research fees on Pacer and VersusLaw; long-distance telephone expenses; and certain travel expenses incurred in connection with the Fifth Circuit appeal.

33. In further exercise of billing judgment, I have imposed an additional five percent (5%) across-the-board reduction of my time.

34. Based on my extensive experience representing clients in civil rights cases in this district—including cases arising under the First Amendment—I know that the time my firm expended in this action is reasonable, especially given the complexity of the legal issues this case presented; HISD's vigorous legal defense; HISD's steadfast refusal to settle this case both before and after suit was filed; and the duration of this litigation (more than two years).

35. Because I am a solo practitioner with only one employee (Ms. O'Brien), I was limited in my ability to accept new clients and to devote time to existing ones during this litigation. I was particularly constrained in representing my firm's existing clients and accepting new clients in the period before this Court's July 11, 2019 and December 10, 2019 hearings on Mr. Monroe's Motion for Preliminary Injunction; before the November 5, 2019 Fifth Circuit oral argument; and before the July 16, 2021 trial on the merits.

Signed this the ____ 3rd ____ day of ____ September ____, 2021.

DocuSigned by:

*Scott Newar*

8805EE7B25B04FD...

SCOTT NEWAR

# EXHIBIT 1

*Scott Newar, Attorney at Law*                                                September 3, 2021

440 Louisiana, Suite 900
Houston, Texas 77002
Ph. 713-226-7950          Fax: 713-226-7181

*Gerry Monroe v. Houston Independent School District, No. 4:19-cv-1991*

| Date | Description | Hours | Amount | Billed |
|------|-------------|-------|--------|--------|
| 5/22/2019 | T/C w/Gerry Monroe; emails to/from Monroe; review of case documents | 0.5 | | $250.00 |
| 5/23/2019 | Review of video of 4/11/19 Board meeting; emails to/from GM | 0.5 | | $250.00 |
| 5/24/2019 | Emails to/from GM (re: witnesses) | 0.25 | | $125.00 |
| 5/28/2019 | Review of GM case summary; email to/from GM (re: case summary) | 0.75 | | $375.00 |
| 6/1/2019 | Legal research  (case law) re: HISD constitutional violations and review of HISD Board meeting policies/procedures/videos | 6.5 | | $3,250.00 |
| 6/2/2019 | Legal research (case law) re: HISD constitutional violations and draft lawsuit | 7.25 | | $3,625.00 |
| 6/3/2019 | Revise and file lawsuit; draft and email representation agreement; T/C w/Monroe (re: rep agreement; explained expense issue) | 4.5 | | $2,250.00 |
| 6/4/2019 | T/C w/Cecilia Edwards; T/Cs w/Monroe; Research, draft, file First Amended Complaint | 3 | | $1,500.00 |
| 6/5/2019 | Research/Draft letter to HISD counsel re: TRO/PI; review Harrington correspondence w/Hutchins-Taylor | 1.5 | | $750.00 |

| | | | |
|---|---|---|---|
| 6/6/2019 | Review of videotapes of HISD Board meetings | 1.75 | $875.00 |
| 6/7/2019 | Review of HISD board meeting videos; mtg. w/GM (Starbuck's: 2.0); review of Nichols' letter; T/C w/GM (re: Nichols letter): | 3.5 | $1,750.00 |
| 6/8/2019 | Email to Nichols | 0.1 | $50.00 |
| 6/9/2019 | Legal research re: TRO/PI and "prior restraint" | 4.5 | $2,250.00 |
| 6/12/2019 | Prep. For hearing with Court re: expedited PI/expedited discovery; hearing w/Court (re: expedited hearing/discovery); T/C w/GM (re: status) | 2.5 | $1,250.00 |
| 6/15/2019 | Research/draft PI Memorandum; draft witness subpoenas | 6.5 | $3,250.00 |
| 6/16/2019 | Research/draft Memorandum re: PI | 7.5 | $3,750.00 |
| 6/17/2019 | Research/draft Memorandum re: PI; Review D's discovery responses; emails to Nichols/Karson (re: Interrog response; service; motion to exceed page limits | 10 | $5,000.00 |
| 6/18/2019 | Draft/Edit P.I. Memorandum; draft Motion To Exceed Page Limits; emails to/from Nichols (re: motion to exceed); review of court Order denying Motion To Exceed Page Limits; review of Court's internal procedures re: briefs; review of Court's decisions re: motions to exceed page limits; mtg. w/paralegal (O'Brien) to discuss hearing preparation; T/C w/GM re: amended Memorandum; draft Amended Memorandum; T/C w/Rhonda Booker (witness); T/C w/counsel (Gary from Dallas) re: Werlein trial techniques/requirements; research re: exhaustion of administrative remedies under section 1983 | 8.5 | $4,250.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/19/2019 | revise Amended P.I. Memorandum; T/C s w/paralegal (re: Amended Memorandum); T/C w/Monroe (re: subpoena status); T/C w/HPD re: Chief Finner | 4.75 | $2,375.00 |
| 6/21/2019 | Review D's Response to Interrogatories; emails to/from Karson Thompson (re: D's Interrogatory Response and re: D's proposed stipulations); review D's P.I. Memorandum; Research and draft response to D's PI Memorandum | 8.75 | $4,375.00 |
| 6/22/2019 | Research and draft Response to HISD's PI Memorandum | 10.25 | $5,125.00 |
| 6/23/2019 | Draft direct examinations of GM; mtg. w/GM (@ Carl's Jr.; review and prepare for Direct examination); draft cross-examination of HISD | 12 | $6,000.00 |
| 6/24/2019 | Preparation for PI hearing (draft Witness List; draft Exhibit List; review D's Exhibit and Witness Lists; meet w/paralegal to organize exhibits; draft Cross-Examination of HISD witnesses; revise direct exam of GM, Trinh, McKinzie, Boykins; attend P.I. hearing (mtg. in chambers w/Court); post-hearing mtg. w/GM and T/C re: status | 10 | $5,000.00 |
| 6/27/2019 | Receipt/review HISD's settlement proposal; email to GM; T/C w/GM | 0.75 | $375.00 |
| 6/28/2019 | Emails to/from Nichols (re: HISD settlement offer; supplemental Interrogatories) | 1.25 | $625.00 |
| 6/30/2019 | Confer with GM re: HISD settlement proposal; draft counter-proposal and email to Nichols | 3 | $1,500.00 |
| 7/2/2019 | Preparation for and hearing before Mag. Stacy (re: expedited discovery) | 1 | $500.00 |
| 7/8/2019 | Draft/File Amended Exhibit List | 0.5 | $250.00 |

| | | | |
|---|---|---|---|
| 7/9/2019 | Preparation for 7/11/19 hearing (T/C w/Sara Selber; T/C w/Larry McKinzie; review McKinzie video of 4/24/18 Board meeting; draft/file First Amended Exhibit/Witness lists; review D's supplemental response to Interrogatories; emails to Nichols; draft/revise direct/cross examinations) | 10.5 | $5,250.00 |
| 7/10/2019 | Preparation for 7/11/19 hearing (review D's 7/10 letter to Monroe; T/Cs w/Monroe re: 7/10/19 letter; T/C w/Dennis Herlong re: 7/10/19 letter; legal research re: 7/10/19 letter; draft/revise direct/cross-examinations; Review D's amended exhibit/witness lists) | 11.25 | $5,625.00 |
| 7/11/2019 | Preparation for P.I. hearing; P.I. Hearing; post-hearing conversation with client/DH | 14.5 | $7,250.00 |
| 7/15/2019 | Review D's post-hearing filing; research/draft Post-Hearing Memorandum | 3.5 | $1,750.00 |
| 7/18/2019 | Research/draft Addendum to Post-Hearing Memorandum; email to Judge Werlein's Case Manager (re: Addendum filing) | 1.5 | $750.00 |
| 7/19/2019 | Review of Memorandum and Order; research re: appeal; TC w/GM (re: status/appeal) | 2.5 | $1,250.00 |
| 7/20/2019 | Research re: appeal; draft notice of appeal; Emails to/from DH (re: appeal) | 9 | $4,500.00 |
| 7/21/2019 | Research re: appeal | 1.25 | $625.00 |
| 7/22/2019 | Research re: 5th Cir. Local Rule re: motion to expedite appeal; Email to Nichols (re: expedited appeal) | 0.3 | $150.00 |
| 7/23/2019 | Legal research re: Supreme Court cases re: content/viewpoint discrimination | 1 | $500.00 |
| 7/24/2019 | Draft Motion for Expedited Appeal | 3.75 | $1,875.00 |
| 8/2/2019 | Review D's Response to Motion for Expedited Appeal | 0.75 | $375.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/4/2019 | Research/draft Reply to Response to Mot Exped Appeal | 3.25 | $1,625.00 |
| 8/5/2019 | Revised Reply to Response to Mot Exped Appeal and file | 0.5 | $250.00 |
| 8/6/2019 | Emails/TC w/GM (re: HISD non-compliance with revised ban); Email to Nichols (re: HISD non-compliance with revised ban) | 0.5 | $250.00 |
| 8/8/2019 | Emails to/from Nichols (re: HISD non-compliance with revised ban) | 1 | $500.00 |
| 8/12/2019 | Email to Nichols (re: HISD continued non-compliance with revised ban); research draft Emergency Motion to Enforce And For Sanctions) | 4.25 | $2,125.00 |
| 8/13/2019 | Draft/File Motion for Expedited Hearing and proposed Order | 0.5 | $250.00 |
| 8/16/2019 | Email to Court (re: 8/20/19 reply date re: Motion to Enforce) | 0.1 | $50.00 |
| 8/19/2019 | Review D's Response to Motion To Enforce; Research/draft Reply re: Motion to Enforce; T/C w/GM (re: Reply to Motion to Enforce); review 5th Cir briefing notice | 2.5 | $1,250.00 |
| 9/6/2019 | Review of record re: draft appeal | 5 | $2,500.00 |
| 9/7/2019 | Review of record and draft appeal | 6.5 | $3,250.00 |
| 9/8/2019 | Research and Draft appeal | 7.25 | $3,625.00 |
| 9/9/2019 | Research and Draft appeal | 8.5 | $4,250.00 |
| 9/10/2019 | Research and Draft appeal | 9.25 | $4,625.00 |
| 9/11/2019 | Research and Draft appeal | 11.5 | $5,750.00 |
| 9/16/2019 | Draft/Revise Appellant's Brief | 10.25 | $5,125.00 |
| 9/17/2019 | Draft/revise Appellant's Brief | 10.75 | $5,375.00 |
| 9/18/2019 | Draft/revise Appellant's Brief; draft Record Excerpts | 11.25 | $5,625.00 |
| 9/21/2019 | Review CA5 corrections and correct brief | 1.25 | $625.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/8/2019 | Review of D's Appellee's Brief; email to/from DH | 0.5 | $250.00 |
| 10/10/2019 | Review D's Appellee's Brief; research/draft Reply Brief | 10.5 | $5,250.00 |
| 10/11/2019 | Review D's Appellee's Brief; research/draft Reply Brief | 10.25 | $5,125.00 |
| 10/12/2019 | Research/Draft Reply Brief | 6.25 | $3,125.00 |
| 10/13/2019 | Research/Draft Reply Brief | 6.5 | $3,250.00 |
| 10/14/2019 | Research/Draft Reply Brief | 2.5 | $1,250.00 |
| 10/15/2019 | Research/Draft Reply Brief | 2.25 | $1,125.00 |
| 10/17/2019 | Revise Reply Brief | 2.75 | $1,375.00 |
| 10/18/2019 | Revise/File Reply Brief | 1 | $500.00 |
| 10/20/2019 | Preparation for oral argument(research re: "chilling" speech) | 0.75 | $375.00 |
| 10/30/2019 | Oral Argument preparation (DH; KH; MF) | 2.5 | $1,250.00 |
| 11/3/2019 | Preparation for oral argument (New Orleans) | 5.5 | $2,750.00 |
| 11/4/2019 | Preparation for oral argument (New Orleans CA5) | 9.5 | $4,750.00 |
| 11/5/2019 | Preparation for oral argument and oral argument; post-hearing updates w/GM, DH, et al | 8.5 | $4,250.00 |
| 11/6/2019 | Rule 28j letter to Court (re: HISD Board meeting; Oldham queries) | 1.5 | $750.00 |

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 11/25/2019 | Review CA5 decision; T/C w/Herlong re: decision; T/C w/Trachtenberg (re: decision); T/C w/client (re: decision); email decision to client; email to Nichols (re: motion for expedited hearing on PI hearing); draft Second Amended Complaint; Draft Motion for Leave to File Second Amended Complaint; Draft Amended Motion for PI; Draft Motion for Expedited Hearing re: second PI hearing; research re: mootness (capable of repetition) | 3.5 | $1,750.00 |
| 11/26/2019 | Research/Draft/File 2nd Amended Complaint; Motion for Leave to File 2nd Amended Complaint; Motion for Expedited Hearing; Amended Motion for PI; proposed Orders; emails to/from Nichols  (re: conference on pleadings) | 5 | $2,500.00 |
| 11/27/2019 | Email to Court (re: hearing on Amended Motion for PI); T/C w/GM (updated re: status); review of Court's 11/27/19 Order; email to Herlong (re: status) | 1.25 | $625.00 |
| 11/30/2019 | Research/Draft 2nd Amended Motion for PI | 4.75 | $2,375.00 |
| 12/1/2019 | Research/Draft 2nd  Amended Motion for PI and Declaration of GM; T/C w/GM (update re: status) | 6.25 | $3,125.00 |
| 12/2/2019 | Revise/Draft 2nd Amended Motion for PI; review Court Order granting motion for expedited hearing | 1.5 | $750.00 |
| 12/3/2019 | Emails to/from Nichols (re: settlement negotiations); emails to/from DH (re: settlement negotiations); T/C w/GM (re: hearing preparation; will email me documents re: attempts to go to campus); Email to Candice (re: exhibit book) | 1 | $500.00 |
| 12/6/2019 | Review HISD's Response; research Reply | 3.5 | $1,750.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/7/2019 | Research/Draft Reply to HISD's Response; emails to/from DH (re: Reply); email to Nichols (re: issue to be decided at 12/10/19 hearing); revise draft Reply | 5.5 | $2,750.00 |
| 12/8/2019 | Research/finalize Reply to HISD's Response | 2.5 | $1,250.00 |
| 12/9/2019 | Draft/File Issues For Adjudication; proposed Order (re: 2nd PI); Exhibit List; Witness List; review D's Exhibit List, Witness List, and Statement of Issues; Emails to/from Nichols (re: exhibits); mtg w/GM (re: hearing preparation; draft direct examination of GM; draft cross examination of Tonnis Hilliard; review our exhibits | 8 | $4,000.00 |
| 12/10/2019 | Preparation for 2nd  Amended PI hearing; 2nd Amended PI hearing; T/C w/Monroe (re: hearing assessment); meeting w/DH (re: hearing assessment) | 3 | $1,500.00 |
| 12/11/2019 | Review Court's Memorandum re: 2nd Amended PI; emails to/from Herlong (re: decision); T/C and text messages w/client (re: decision); research re: posting bond; research re: potential CA5 appeal; research re: "prevailing party" status under 42 USC 1988 | 4.5 | $2,250.00 |
| 12/12/2019 | Draft email to Nichols re: settlement and T/C w/DH (re: settlement proposal) | 1.25 | $625.00 |
| 12/19/2019 | Email to Nichols (re: Joint Case Management Plan) | 0.2 | $100.00 |
| 2/4/2020 | Draft CMP and email to Nichols | 0.5 | $250.00 |
| 2/6/2020 | Review Nichols' changes CMP; revise CMP; file revised CMP | 0.3 | $150.00 |
| 2/14/2020 | Rule 16 status conference  with Court; post-conference discussion with DH; post-conference T/C w/Monroe | 1.25 | $625.00 |
| 4/3/2020 | Receipt/review of D's Expert Witness disclosure | 0.1 | $50.00 |

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 4/5/2020 | Legal Research/Draft MSJ; email to D's Counsel (re: Plaintiff's attorney fees designation) | 5.9 | $2,950.00 |
| 4/6/2020 | Research/Draft MSJ | 4.5 | $2,250.00 |
| 4/8/2020 | Review Nichols' email and HISD letter to Monroe; T/C w/Herlong; T/C w/Monroe; draft/email to Nichols (response to letter); Legal research re: mootness/MSJ | 4.25 | $2,125.00 |
| 4/10/2020 | Review of 5th Circuit oral argument (re: Nichols' argument re: "derogatory" and "offensive") in preparation for MSJ/Mootness arguments | 0.5 | $250.00 |
| 4/11/2020 | Review transcript of 12/11/19 hearing and Revise draft of Motion for Partial MSJ | 3.75 | $1,875.00 |
| 4/12/2020 | Revise draft of Motion for Partial MSJ and draft proposed Order | 1.25 | $625.00 |
| 4/13/2020 | Revise MSJ; draft Motion to Exceed Briefing Page Limit (w/proposed Order); email to Nichols (re: confer re: Motion to Exceed) | 4.75 | $2,375.00 |
| 4/14/2020 | Revise MSJ | 1 | $500.00 |
| 4/15/2020 | Review HISD's response to Motion to Exceed Briefing Page limits; review of Nichols' related email; email to Dennis and T/C w/Dennis (re: HISD's response); email to Nichols (re: settlement) | 1.75 | $875.00 |
| 4/18/2020 | Draft Reply to HISD response to Motion to Exceed Briefing Page Limit; email to DH; review DH comments re: Motion to Exceed | 1 | $500.00 |
| 4/20/2020 | Legal research re: mootness and revise and file Reply to HISD response to Motion To Exceed Briefing Page Limit; email to DH | 1.25 | $625.00 |
| 4/28/2020 | Legal research re: mootness (5th Circuit recent opinion) and revise outline for MSJ reply brief | 0.5 | $250.00 |

| | | | |
|---|---|---|---|
| 5/11/2020 | Review D's Response to Motion for MSJ and legal research re: cases cited in Response | 3.5 | $1,750.00 |
| 5/12/2020 | Legal research re: mootness exceptions and draft MSJ Reply | 9.5 | $4,750.00 |
| 5/13/2020 | Draft and revise MSJ Reply | 5.75 | $2,875.00 |
| 5/14/2020 | Revise MSJ Reply and draft Declaration re: MSJ Reply | 5.25 | $2,625.00 |
| 6/30/2020 | Review D's Motion for Summary Judgment and research Reply | 1.25 | $625.00 |
| 7/3/2020 | Research/draft response to HISD's Motion for Summary Judgment; email to DH (re: Response to MSJ) | 5.25 | $2,625.00 |
| 7/4/2020 | Research/revise Response to HISD's MSJ | 1 | $500.00 |
| 7/6/2020 | Review/Revise Response to HISD's MSJ | 0.5 | $250.00 |
| 8/25/2020 | Email to Nichols (re: contacting Court re: case status) | 0.1 | $50.00 |
| 8/27/2020 | Email to Nichols (re: contacting Court re: JPTO/Docket call extension); Emails to/from Case Manager (Flores) re: case status | 0.3 | $150.00 |
| 8/31/2020 | Draft Joint Motion for Extension of JPTO/Docket Call; email to Nichols | 0.5 | $250.00 |
| 9/1/2020 | Review Nichols' revisions to draft Motion for Extension of JPTO/Docket Call; draft revised Joint Motion; draft proposed Order | 0.4 | $200.00 |
| 10/25/2020 | Legal research re: mootness | 0.4 | $200.00 |
| 11/26/2020 | Review of USCT decisions re: mootness | 0.5 | $250.00 |

| | | | |
|---|---|---|---|
| 2/12/2021 | Preparation for Status Conference w/Court; attend Status Conference; T/C w/DH and CO (post-conference) | 1.5 | $750.00 |
| 2/13/2021 | Research/draft settlement proposal to Nichols; transmit draft settlement proposal to Herlong (for review/comment); revise settlement proposal and transmit to Nichols | 1.5 | $750.00 |
| 2/23/2021 | Draft Status Update and emails to/from Nichols (re: Status Update) | 0.6 | $300.00 |
| 2/24/2021 | Review/Revise Court Status Update | 0.5 | $250.00 |
| 3/8/2021 | Research re: SCT decision in *Uzuegbunam* and draft/file Supplemental Legal Authority | 0.75 | $375.00 |
| 3/11/2021 | Review of HISD's letter; emails to Herlong; review of District Court's Memorandum/Order denying MSJ; research re: Motion for Reconsideration | 3.25 | $1,625.00 |
| 3/15/2021 | Research/draft Motion for Reconsideration; draft proposed Order; email to Herlong | 6.25 | $3,125.00 |
| 4/1/2021 | Review HISD's response to Motion for Reconsideration | 0.25 | $125.00 |
| 4/5/2021 | Research/draft Reply to HISD's response | 0.5 | $250.00 |
| 4/16/2021 | Draft/transmit to Nichols unopposed motion for extension of JPTO | 0.5 | $250.00 |
| 4/19/2021 | Review of Court's Order denying Motion for Reconsideration; email to/from Herlong; research re: cases cited in Court's Order and re: direct and interlocutory appeal | 3.5 | $1,750.00 |
| 4/20/2021 | Legal research re: direct/ interlocutory appeal; draft/transmit email to Nichols (re: interlocutory appeal) | 3 | $1,500.00 |

| | | | |
|---|---|---|---|
| 4/27/2021 | Research/draft Motion To Certify Interlocutory Appeal; email to Nichols; review of Nichols' email (re: interlocutory appeal) | 5.25 | $2,625.00 |
| 4/28/2021 | Research/Revise Motion To Certify Interlocutory Appeal; draft proposed Order re: Interlocutory Appeal; T/C with and email to Herlong (re: Motion for Interlocutory Appeal) | 4.75 | $2,375.00 |
| 5/11/2021 | Review of HISD's Response to Motion To Certify Interloc Appeal | 0.25 | $125.00 |
| 5/12/2021 | Research/draft Reply to HISD Response to Motion To Certify Interloc Appeal | 2.5 | $1,250.00 |
| 6/16/2021 | Email to Nichols/Karson (re: JPTO) | 0.1 | $50.00 |
| 6/17/2021 | Review Nichols/Thompson email re: JPTO; email to Nichols/Thompson (re: JPTO scheduling; withdrawal of jury demand) | 0.1 | $50.00 |
| 6/18/2021 | 6/18/21: Review Thompson email re: jury demand withdrawal; email to Nichols/Thompson (re: jury demand withdrawal; JPTO); research/draft Notice of Withdrawal of Jury Demand; emails to/from Herlong (re: jury demand withdrawal); research/draft JPTO, Trial Memorandum, Findings of Fact/Conclusions of Law | 6.5 | $3,250.00 |
| 6/19/2021 | Research/Draft Findings of Fact and Conclusions of Law; Research/Draft Trial Memorandum | 4.25 | $2,125.00 |
| 6/20/2021 | Research/Draft JPTO and Witness List | 2.25 | $1,125.00 |
| 6/21/2021 | Research/revise JPTO (re: jury demand) | 0.75 | $375.00 |
| 6/22/2021 | Research/draft Notice of Withdrawal of Claim for Monetary Damages | 1 | $500.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/23/2021 | Review HISD's revisions to JPTO; draft revisions to HISD's revised JPTO; research re: mootness | 3 | $1,500.00 |
| 6/24/2021 | Research/Revise HISD's draft JPTO; emails to and from Herlong/Thompson (re:JPTO) | 3.25 | $1,625.00 |
| 6/25/2021 | Review/revise JPTO filings (Trial Memorandum; Findings of Fact/Conclusions of Law); review HISD's exhibit and witness lists | 6.25 | $3,125.00 |
| 7/16/2021 | Prepare for docket call and attend docket call; post-docket call meeting with Herlong | 1.5 | $750.00 |
| 7/17/2021 | Research and prepare for deposition of Dr. Allen | 2.5 | $1,250.00 |
| 7/22/2021 | Preparation for Dr. Allen's deposition and deposition of Dr. Allen; preparation of Second Amended Exhibit List; email to Nichols; T/C w/Monroe (re: status) | 3.5 | $1,750.00 |
| 7/25/2021 | Draft direct examinations of Monroe, Allen, and Salazar | 2.5 | $1,250.00 |
| 7/26/2021 | Preparation for trial; Trial; post-trial conferences with Herlong and Monroe; research and draft Supplemental Authorities | 11.5 | $5,750.00 |
| 7/27/2021 | Revise Supplemental Authorities and file; review HISD's response to Supplemental authorities and research authorities cited therein | 2.5 | $1,250.00 |
| 8/4/2021 | Review Court's Memorandum and Opinion; research cases cited in Memorandum; emails to/from Herlong; email to Monroe | 1.75 | $875.00 |
| 8/13/2021 | Review Nichols' email (re: attorney's fees); email to Nichols (re: attorney's fees status) | 0.25 | $125.00 |

| | | | |
|---|---|---|---|
| 8/16/2021 | Review/redact fee/expense application and email to Nichols; emails to/from Herlong (re: fee application) | 1 | $500.00 |
| 9/2/2021 | Research and draft Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses (including Declaration of Scott Newar) | 10.25 | $5,125.00 |
| 9/3/2021 | Research, draft, and edit Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses (including Declaration of Scott Newar and proposed Order) | 4.75 | $2,375.00 |
| | **Total Hours:** | 569.25 | **Total:** $284,625.00 |

Candice O'Brien (paralegal) time: *$100*

| | | | |
|---|---|---|---|
| 6/4/2019 | Exhibits for First Amended Complaint and efiling | 2 | $200.00 |
| 6/9/2019 | Production in Monroe | 1.75 | $175.00 |
| 6/10/2019 | Subpoenas | 3 | $300.00 |
| 6/14/2019 | Prepare and file motion for Expedite Hearing | 2.5 | $250.00 |
| 6/17/2019 | Prepare TOA, TOC and Exhibits Memorandum | 4 | $400.00 |
| 6/18/2019 | Emails with easy-serve and subpoena updates; Edit Memorandum | 2.25 | $225.00 |
| 6/19/2019 | Format Preliminary Injunction, combine/prepare Exhibits, and e-filing | 3.5 | $350.00 |
| 6/20/2019 | Edit Exhibit List and Exhibits ; Prepare Subpoena for Boykins | 3 | $300.00 |
| 6/21/2019 | Correspondence with court; Prepare subpoena: Jones; Prepare/combine exhibits | 3.5 | $350.00 |
| 6/22/2019 | Prepare for hearing | 3.25 | $325.00 |
| 6/23/2019 | Prepare for hearing | 4.5 | $450.00 |
| 6/24/2019 | Prepare for hearing | 8 | $800.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/1/2019 | Prepare for hearing | 1.5 | $150.00 |
| 9/17/2019 | Prepare/edit 5th circuit brief | 5.5 | $550.00 |
| 9/18/2019 | Prepare/edit brief, efiling | 4 | $400.00 |
| 9/19/2019 | E-filing Brief edits | 2.5 | $250.00 |
| 9/23/2019 | Corrected brief | 2 | $200.00 |
| 9/24/2019 | Brief revisions | 1.5 | $150.00 |
| 9/25/2019 | Discovery Services: Brief | 4.5 | $450.00 |
| 10/14/2019 | TOA Brief | 1.5 | $150.00 |
| 10/15/2019 | Prepare TOA, TOC and Exhibits for Brief | 1.5 | $150.00 |
| 10/16/2019 | Prepare TOA, TOC and Exhibits for Brief | 1 | $100.00 |
| 10/17/2019 | Prepare TOA, TOC and Exhibits for Brief | 1 | $100.00 |
| 10/18/2019 | Prepare TOA, TOC and Exhibits for Brief | 2.5 | $250.00 |
| 10/20/2019 | Reply brief print job | 1 | $100.00 |
| 10/21/2019 | Prep mach hearing | 0.5 | $50.00 |
| 12/1/2019 | Second Amended Motion TOA/TOC Declaration | 4 | $400.00 |
| 12/2/2019 | Edit Brief; Filing | 3.5 | $350.00 |
| 12/3/2019 | Hearing Prep | 2 | $200.00 |
| 12/7/2019 | Hearing Prep | 3.5 | $350.00 |
| 12/8/2019 | Hearing Prep | 4.5 | $450.00 |
| 12/9/2019 | Hearing Prep | 3.5 | $350.00 |
| 12/10/2019 | Hearing Prep and attendance | 4 | $400.00 |
| 2/6/2020 | E-filing with exhibits | 0.5 | $50.00 |
| 2/18/2020 | Prepare fees | 8 | $800.00 |
| 4/7/2020 | Extract ROA | 2.5 | $250.00 |

| 4/8/2020 | Format MSJ draft | 5 | $500.00 |
| 4/10/2020 | MSJ Formatting | 3.5 | $350.00 |
| 4/13/2020 | TOA/TOC Monroe Reply | 5 | $500.00 |
| 4/14/2020 | TOA/TOC MSJ and e-file Motion to exceed page limits | 4 | $400.00 |
| 4/20/2020 | E-file MSJ final | 1.5 | $150.00 |
| 7/6/2020 | Format/e-file Monroe Response | 1 | $100.00 |
| 6/25/2021 | Formatting and e-filing trial pleadings | 8 | $800.00 |
| 7/22/2021 | Amended Exhibit list; Deposition of Dr. Allen | 3 | $300.00 |
| 7/23/2021 | Trial Prep | 6 | $600.00 |
| 7/24/2021 | Trial Prep | 6 | $600.00 |
| 7/25/2021 | Trial Prep | 9 | $900.00 |
| 7/26/2021 | Trial | 6.5 | $650.00 |
| 8/12/2021 | Fee/Expense Calculation | 3 | $300.00 |
| 8/13/2021 | Fee/Expense Calculation | 3.5 | $350.00 |
| 8/16/2021 | Fee/Expense Calculation | 2.5 | $250.00 |
| 9/3/2021 | Prepare and file the Motion for Attorneys' Fees | 2 | $200.00 |
| | **Total Hours:** | 177.25 | **Total:** $17,725.00 |

| Expenses: | | | | |
| --- | --- | --- | --- | --- |
| 6/13/2019 | District Court Filing Fee | | | $450.00 |
| 6/21/2019 | Subpoena's: Cambell-Rhode and Guillory | 2 | $149.50 | $299.00 |
| 6/21/2019 | Easy-Serve: Subpoena's for Boykins and Jones | | $357.36 | $357.36 |
| 8/9/2019 | Transcript fee re: appellate record (Kathy Metzger) | | | $679.00 |
| 10/1/2019 | Discovery Servies: Monroe Brief | | | $410.59 |

| | | |
|---|---|---|
| 10/18/2019 | 5th Circuit filing fee | $505.00 |
| 11/8/2019 | Discovery Services: Monroe Brief | $133.02 |
| 4/11/2020 | Payment to court reporter for transcript of 12/10/19 Preliminary Injunction hearing | $343.10 |
| 7/22/2021 | Deposition of Dr. Patrica Allen | $597.27 |
| 7/25/2021 | Trial Expenses:  Trial binders, tabs and copying | $70.00 |

**Total:** $3,844.34

| | |
|---|---|
| **Total Invoice Amount:** | $306,194.34 |

Tax ID Number
76-0693442