IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GERRY MONROE** | § | **NO. 4:19-cv-01991** |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | |
| | § | |
| **HOUSTON INDEPENDENT SCHOOL DISTRICT** | § | |
| | § | |
| **Defendant** | § | |

**ORDER**

Plaintiff, Gerry Monroe's, Motion for Attorneys' Fees, Costs, And Expenses is **GRANTED**.

It is so **ORDERED** that Gerry Monroe is entitled to recover from HISD reasonable attorneys' fees in the amount of $357,703.13 and reasonable out-of-pocket litigation expenses in the amount of $17,725.00.

After Final Judgment is entered, Mr. Monroe may file a Bill of Costs to recover all taxable costs.

Signed this ____ day of _____, 2021.

_____
Hon. Ewing Werlein, Jr.
United States District Judge