IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERRY MONROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION 4:19-CV-01991 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § § | |
| | § | |
| Defendant. | § | JUDGE EWING WERLEIN, JR. |

## ORDER

Before the Court is Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses. Having considered the motion, the response, any reply, any arguments of counsel, the applicable law, and the case file as a whole, the Court enters the following orders:

**IT IS ORDERED** that Plaintiff's motion is **DENIED**.

SIGNED on _____, 2021.

_____
HON. EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE