IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERRY MONROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION 4:19-CV-01991 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | JUDGE EWING WERLEIN, JR. |

## NOTICE OF APPEAL

TO THE HONORABLE EWING WERLEIN, JR.:

Notice is hereby given that Defendant Houston Independent School District hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on November 3, 2021 (Dkt. 138).

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Karson K. Thompson*
Karson K. Thompson
State Bar No. 24083966
S.D. Tex. ID No. 2878342
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Telephone: (737) 802-1800
Facsimile: (737) 802-1801
karson.thompson@butlersnow.com
**ATTORNEY-IN-CHARGE
FOR DEFENDANT HISD**

**OF COUNSEL:**
Eric J.R. Nichols
State Bar No. 14994900
S.D. Tex. ID No. 13066
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Telephone:  (737) 802-1800
Facsimile:   (737) 802-1801
eric.nichols@butlersnow.com

## CERTIFICATE OF SERVICE

 I hereby certify that on December 3, 2021, I caused a copy of the foregoing to be served upon all counsel through the Court's CM/ECF system.

*/s/ Karson K. Thompson*
Karson K. Thompson